| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) BREEN, J. DANIEL | 2. Court or Organization WESTERN DISTRICT OF TENNESSEE | 3. Date of Report 5/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) FULL-TIME U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address 1157 FEDERAL BUILDING 167 N. MAIN MEMPHIS, TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | West TN Council/Boy Scouts of America |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 MAY 22 P 12: 35 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bancorp South | A | Interest | J | T | | | | | |
| 2. IRA - Fidelity Mag. | B | Dividend | L | T | | | | | |
| 3. JANUS | A | Dividend | J | T | | | | | |
| 4. CMA ACCT. - MERRILL LYNCH | | | | | | | | | |
| 5. AmSouth CS | A | Dividend | J | T | | | | | |
| 6. Idaho Power Co. CS | A | Dividend | J | T | | | | | |
| 7. Procter & Gamble CS | A | Dividend | K | T | | | | | |
| 8. Metro Gov't Nashville Bonds | B | Interest | K | T | | | | | |
| 9. Chicago, IL Brd. Ed. Bonds | A | Interest | J | T | | | | | |
| 10. Cleveland Ohio Gov't Bonds | A | Interest | J | T | | | | | |
| 11. BellSouth CS | A | Dividend | J | T | | | | | |
| 12. Coca-Cola CS | A | Dividend | J | T | | | | | |
| 13. E.I. Dupont CS | A | Dividend | J | T | | | | | |
| 14. IRA ACCOUNT - MERRILL LYNCH | | | | | | | | | |
| 15. AIM Interm. Gov't Fund | A | Dividend | J | T | | | | | |
| 16. American Int's Group CS | A | Dividend | J | T | | | | | |
| 17. American Capital WLG GRW and Inc., CLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Biogen, Inc. - CS | A | Dividend | J | T | | | | | |
| 19. Calamos Growth Fd. CLC | A | Dividend | J | T | | | | | |
| 20. Coca Cola - CS | A | Dividend | J | T | | | | | |
| 21. Duke Energy | A | Dividend | J | T | | | | | |
| 22. Exxon Mobil - CS | A | Dividend | J | T | | | | | |
| 23. Fannie Mae - CS | A | Dividend | J | T | | | | | |
| 24. General Electric - CS | A | Dividend | J | T | | | | | |
| 25. Goldman Sachs Mid Cap Value Fd. | A | Dividend | J | T | | | | | |
| 26. Home Depot - CS | A | Dividend | J | T | | | | | |
| 27. Household Int'l - CS | A | Dividend | J | T | | | | | |
| 28. Johnson & Johnson - CS | A | Dividend | J | T | | | | | |
| 29. McDonalds - CS | A | Dividend | J | T | | | | | |
| 30. Merrill Lynch Variable Coupon Notes | A | Dividend | J | T | | | | | |
| 31. Microsoft Corp. - CS | A | Dividend | J | T | | | | | |
| 32. Pfizer Inc. CS | A | Dividend | J | T | | | | | |
| 33. Triad Hospitals - CS | A | Dividend | J | T | | | | | |
| 34. Wal-Mart Stores - CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA- MERRILL LYNCH | | | | | | | | | |
| 36. Lord Abbett Mid-Cap Value | A | Dividend | J | T | | | | | |
| 37. Merrill Lynch Small Cap Value Fd. | A | Dividend | J | T | | | | | |
| 38. AIM Intern. Gov't | A | Dividend | J | T | | | | | |
| 39. Lord Abbett Bond Debenture Fd. | A | Dividend | J | T | | | | | |
| 40. Merrill Lynch Global Allocation | A | Dividend | J | T | | | | | |
| 41. MFS Value Fd. | A | Dividend | J | T | | | | | |
| 42. MFS Total Return Fd. | A | Dividend | J | T | | | | | |
| 43. Evergreen Sel Adjustable Rate Fd. | A | Dividend | J | T | | | | | |
| 44. Abbott Labs | A | Dividend | J | T | | | | | |
| 45. Allstate Corp. | A | Dividend | J | T | | | | | |
| 46. American Int'l Group | A | Dividend | J | T | | | | | |
| 47. Baxter International, Inc. | A | Dividend | J | T | | | | | |
| 48. Boeing Company | A | Dividend | J | T | | | | | |
| 49. Bristol - Meyers Squibb Co. | A | Dividend | J | T | | | | | |
| 50. Chevron Texaco Corp. | A | Dividend | J | T | | | | | |
| 51. Conaco Phillips | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Conagra Foods Inc. | A | Dividend | J | T | | | | | |
| 53. Exxon Mobile Corp. | A | Dividend | J | T | | | | | |
| 54. FPL Group, Inc. | A | Dividend | J | T | | | | | |
| 55. Fannie Mae (USA) COM NPV | A | Dividend | J | T | | | | | |
| 56. General Motors Corp. | A | Dividend | J | T | | | | | |
| 57. Hartford Fin'l Services Group | A | Dividend | J | T | | | | | |
| 58. Hewlett Packard Co. | A | Dividend | J | T | | | | | |
| 59. Huntington Bancshares, Inc. | A | Dividend | J | T | | | | | |
| 60. Ingersoll Rand Co. | A | Dividend | J | T | | | | | |
| 61. International Business Machine, Inc. | A | Dividend | J | T | | | | | |
| 62. Kimberly Clark | A | Dividend | J | T | | | | | |
| 63. Lehman Brothers Holdings COM | A | Dividend | J | T | | | | | |
| 64. Limited Brands Inc. | A | Dividend | J | T | | | | | |
| 65. Marshall & Ilsley Co. | A | Dividend | J | T | | | | | |
| 66. Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 67. J.C. Penney Co. | A | Dividend | J | T | | | | | |
| 68. Sara Lee Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. U.S. Bancorp | A | Dividend | J | T | | | | | |
| 70. Union Pacific Corp. | A | Dividend | J | T | | | | | |
| 71. Verizon Communications | A | Dividend | J | T | | | | | |
| 72. Washington Mutual Inc. | A | Dividend | J | T | | | | | |
| 73. Weyerhaeuser Co. | A | Dividend | J | T | | | | | |
| 74. Xerox Corp. | A | Dividend | J | T | | | | | |
| 75. Wachovia Corp. | A | Dividend | J | T | | | | | |
| 76. Wyeth | A | Dividend | J | T | | | | | |
| 77. Merrill Lynch Money Market Fd. | A | Interest | K | T | | | | | |
| 78. Merrill Lynch Retirement Reserves | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 5/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date __5/12/06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544